FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Kevin A Sherman
9620 Convent Ave
Philadelphia, PA 19114
Soc Sec #: xxx-xx-xxxx    Employee ID: 20

Home Department: 2 Union

Pay Period: 04/15/19 to 04/21/19
Check Date: 04/25/19    Check #: 2161

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6201 | 1240.34 | 21388.54 |
| **NET PAY** | **1240.34** | **21388.54** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 51.7700 | 2070.80 | 583.00 | 30181.91 |
| DBL Time | | | | 16.00 | 1656.64 |
| Overtime | | | | 24.00 | 1863.72 |
| Other | | | | 51.00 | 2640.27 |
| Annuity -Memo | | | M260.00 | | M4231.50 |
| Apprenti-Memo | | | M54.40 | | M885.36 |
| Health &-Memo | | | M573.60 | | M9335.34 |
| Industry-Memo | | | M6.40 | | M104.16 |
| LMCT-Memo | | | M2.00 | | M31.15 |
| Pension -Memo | | | M534.40 | | M8697.36 |
| Scholars-Memo | | | M3.20 | | M52.08 |
| **Total Hours** | 40.00 | | | 674.00 | |
| **Gross Earnings** | | | 2070.80 | | 36342.54 |
| **Total Hrs Worked** | 40.00 | | | | |

**REIMB & OTHER PAYMENTS**

| DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|
| Expenses | | | 35.00 | | 532.00 |
| | | | 35.00 | | 532.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 128.39 | 2253.24 |
| Medicare | | 30.03 | 526.97 |
| Fed Income Tax | M 3 | 193.06 | 4158.04 |
| PA Income Tax | | 63.57 | 1115.70 |
| PA Unemploy | | 1.24 | 21.79 |
| PA PHILA-Phi Inc | | 80.37 | 1410.45 |
| **TOTAL** | | **496.66** | **9486.19** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Building Fund | 10.00 | 155.75 |
| Credit Union | 150.00 | 2550.00 |
| Dues | 132.80 | 2068.36 |
| Market Recovery | 16.00 | 249.20 |
| Vacation Ded | 60.00 | 976.50 |
| **TOTAL** | **368.80** | **5999.81** |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1240.34 | 21388.54 |

FOLD AND REMOVE

Payrolls by Paychex, Inc.

0021 1604-2389  Thermal Solutions Contracting • 1408 Pennsylvania Ave • Oreland PA  19075 • (215) 572-0903

**PERSONAL AND CHECK INFORMATION**
Kevin A Sherman
9620 Convent Ave
Philadelphia, PA 19114
Soc Sec #: xxx-xx-xxxx    Employee ID: 20

Home Department: 2 Union

Pay Period: 04/08/19 to 04/14/19
Check Date: 04/18/19    Check #: 2140

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6201 | 981.70 | 20148.20 |
| **NET PAY** | **981.70** | **20148.20** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 32.00 | 51.7700 | 1656.64 | 543.00 | 28111.11 |
| DBL Time | | | | 16.00 | 1656.64 |
| Overtime | | | | 24.00 | 1863.72 |
| Other | | | | 51.00 | 2640.27 |
| Annuity -Memo | | | M208.00 | | M3971.50 |
| Apprenti-Memo | | | M43.52 | | M830.96 |
| Health &-Memo | | | M458.88 | | M8761.74 |
| Industry-Memo | | | M5.12 | | M97.76 |
| LMCT-Memo | | | M1.60 | | M29.15 |
| Pension -Memo | | | M427.52 | | M8162.96 |
| Scholars-Memo | | | M2.56 | | M48.88 |
| **Total Hours** | **32.00** | | | | |
| **Gross Earnings** | | | **1656.64** | | **34271.74** |
| **Total Hrs Worked** | **32.00** | | | | |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Expenses | 28.00 | 497.00 |
| | 28.00 | 497.00 |

**REIMB & OTHER PAYMENTS**

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 102.71 | 2124.85 |
| Medicare | | 24.02 | 496.94 |
| Fed Income Tax | M 3 | 135.03 | 3964.98 |
| PA Income Tax | | 50.86 | 1052.13 |
| PA Unemploy | | 0.99 | 20.55 |
| PA PHILA-Phi Inc | | 64.29 | 1330.08 |
| **TOTAL** | | **377.90** | **8989.53** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Building Fund | 8.00 | 145.75 |
| Credit Union | 150.00 | 2400.00 |
| Dues | 106.24 | 1935.56 |
| Market Recovery | 12.80 | 233.20 |
| Vacation Ded | 48.00 | 916.50 |
| **TOTAL** | **325.04** | **5631.01** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **981.70** | **20148.20** |

*Payrolls by Paychex, Inc.*

0021 1604-2389  Thermal Solutions Contracting • 1408 Pennsylvania Ave • Oreland PA  19075 • (215) 572-0903

## PERSONAL AND CHECK INFORMATION

Kevin A Sherman
9620 Convent Ave
Philadelphia, PA 19114
Soc Sec #: xxx-xx-xxxx    Employee ID: 20

Home Department: 2 Union

Pay Period: 04/01/19 to 04/07/19
Check Date: 04/11/19    Check #: 2116

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6201 | 1240.34 | 19166.50 |
| **NET PAY** | **1240.34** | **19166.50** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 51.7700 | 2070.80 | 511.00 | 26454.47 |
| DBL Time | | | | 16.00 | 1656.64 |
| Overtime | | | | 24.00 | 1863.72 |
| Other | | | | 51.00 | 2640.27 |
| Annuity -Memo | | | M260.00 | | M3763.50 |
| Apprenti-Memo | | | M54.40 | | M787.44 |
| Health &-Memo | | | M573.60 | | M8302.86 |
| Industry-Memo | | | M6.40 | | M92.64 |
| LMCT-Memo | | | M2.00 | | M27.55 |
| Pension -Memo | | | M534.40 | | M7735.44 |
| Scholars-Memo | | | M3.20 | | M46.32 |
| **Total Hours** | 40.00 | | | 602.00 | |
| **Gross Earnings** | | | 2070.80 | | 32615.10 |
| Total Hrs Worked | 40.00 | | | | |

### REIMB & OTHER PAYMENTS

| | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|
| Expenses | | 35.00 | | 469.00 |
| | | 35.00 | | 469.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 128.39 | 2022.14 |
| Medicare | | 30.03 | 472.92 |
| Fed Income Tax | M 3 | 193.06 | 3829.95 |
| PA Income Tax | | 63.57 | 1001.27 |
| PA Unemploy | | 1.24 | 19.56 |
| PA PHILA-Phi Inc | | 80.37 | 1265.79 |
| **TOTAL** | | **496.66** | **8611.63** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Building Fund | 10.00 | 137.75 |
| Credit Union | 150.00 | 2250.00 |
| Dues | 132.80 | 1829.32 |
| Market Recovery | 16.00 | 220.40 |
| Vacation Ded | 60.00 | 868.50 |
| **TOTAL** | **368.80** | **5305.97** |

### NET PAY

| THIS PERIOD ($) | YTD ($) |
|---|---|
| **1240.34** | **19166.50** |

Payrolls by Paychex, Inc.

0021 1604-2389  Thermal Solutions Contracting • 1408 Pennsylvania Ave • Oreland PA 19075 • (215) 572-0903

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Kevin A Sherman
9620 Convent Ave
Philadelphia, PA 19114
Soc Sec #: xxx-xx-xxxx    Employee ID: 20

Home Department: 2 Union

Pay Period: 03/25/19 to 03/31/19
Check Date: 04/04/19    Check #: 2096

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6201 | 1018.45 | 17926.16 |
| NET PAY | 1018.45 | 17926.16 |

FOLD AND REMOVE

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 24.00 | 51.7700 | 1242.48 | 471.00 | 24383.67 |
| DBL Time | | | | 16.00 | 1656.64 |
| Overtime | | | | 24.00 | 1863.72 |
| Other | 8.00 | 51.7700 | 414.16 | 51.00 | 2640.27 |
| Annuity -Memo | | | M156.00 | | M3503.50 |
| Apprenti-Memo | | | M32.64 | | M733.04 |
| Health &-Memo | | | M344.16 | | M7729.26 |
| Industry-Memo | | | M3.84 | | M86.24 |
| LMCT-Memo | | | M1.20 | | M25.55 |
| Pension -Memo | | | M320.64 | | M7201.04 |
| Scholars-Memo | | | M1.92 | | M43.12 |
| **Total Hours** | 32.00 | | | 562.00 | |
| **Gross Earnings** | | | 1656.64 | | 30544.30 |
| **Total Hrs Worked** | 32.00 | | | | |

Expenses                                                21.00        434.00
**REIMB & OTHER PAYMENTS**                              21.00        434.00

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 102.72 | 1893.75 |
| Medicare | | 24.02 | 442.89 |
| Fed Income Tax | M 3 | 135.03 | 3636.89 |
| PA Income Tax | | 50.86 | 937.70 |
| PA Unemploy | | 0.99 | 18.32 |
| PA PHILA-Phi Inc | | 64.29 | 1185.42 |
| **TOTAL** | | 377.91 | 8114.97 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Building Fund | 6.00 | 127.75 |
| Credit Union | 150.00 | 2100.00 |
| Dues | 79.68 | 1696.52 |
| Market Recovery | 9.60 | 204.40 |
| Vacation Ded | 36.00 | 808.50 |
| **TOTAL** | 281.28 | 4937.17 |

**NET PAY**        THIS PERIOD ($)    YTD ($)
                   1018.45            17926.16

*Payrolls by Paychex, Inc.*

0021 1604-2389  Thermal Solutions Contracting • 1408 Pennsylvania Ave • Oreland PA  19075 • (215) 572-0903

**PERSONAL AND CHECK INFORMATION**

Kevin A Sherman
9620 Convent Ave
Philadelphia, PA 19114
Soc Sec #: xxx-xx-xxxx    Employee ID: 20

Home Department: 2 Union

Pay Period: 03/18/19 to 03/24/19
Check Date: 03/28/19    Check #: 2075

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6201 | 1584.07 | 16907.71 |
| **NET PAY** | **1584.07** | **16907.71** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 51.7700 | 2070.80 | 447.00 | 23141.19 |
| Overtime | 8.00 | 77.6650 | 621.24 | 24.00 | 1863.72 |
| DBL Time | | | | 16.00 | 1656.64 |
| Other | | | | 43.00 | 2226.11 |
| Annuity -Memo | | | M338.00 | | M3347.50 |
| Apprenti-Memo | | | M70.72 | | M700.40 |
| Health &-Memo | | | M745.68 | | M7385.10 |
| Industry-Memo | | | M8.32 | | M82.40 |
| LMCT-Memo | | | M2.40 | | M24.35 |
| Pension -Memo | | | M694.72 | | M6880.40 |
| Scholars-Memo | | | M4.16 | | M41.20 |
| **Total Hours** | 48.00 | | | 530.00 | |
| **Gross Earnings** | | | 2692.04 | | 28887.66 |
| **Total Hrs Worked** | 48.00 | | | | |
| Expenses | | | 35.00 | | 413.00 |
| **REIMB & OTHER PAYMENTS** | | | 35.00 | | 413.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 166.90 | 1791.03 |
| Medicare | | 39.03 | 418.87 |
| Fed Income Tax | M 3 | 329.73 | 3501.86 |
| PA Income Tax | | 82.65 | 886.84 |
| PA Unemploy | | 1.62 | 17.33 |
| PA PHILA-Phi Inc | | 104.48 | 1121.13 |
| **TOTAL** | | **724.41** | **7737.06** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Building Fund | 12.00 | 121.75 |
| Credit Union | 150.00 | 1950.00 |
| Dues | 159.36 | 1616.84 |
| Market Recovery | 19.20 | 194.80 |
| Vacation Ded | 78.00 | 772.50 |
| **TOTAL** | **418.56** | **4655.89** |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1584.07 | 16907.71 |

Payrolls by Paychex, Inc.

0021 1604-2389  Thermal Solutions Contracting • 1408 Pennsylvania Ave • Oreland PA  19075 • (215) 572-0903

## PERSONAL AND CHECK INFORMATION

Kevin A Sherman
9620 Convent Ave
Philadelphia, PA 19114
Soc Sec #: xxx-xx-xxxx   **Employee ID:** 20

**Home Department:** 2 Union

**Pay Period:** 03/11/19 to 03/17/19
**Check Date:** 03/21/19   **Check #:** 2050

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6201 | 1086.18 | 15323.64 |
| **NET PAY** | **1086.18** | **15323.64** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 35.00 | 51.7700 | 1811.95 | 407.00 | 21070.39 |
| DBL Time | | | | 16.00 | 1656.64 |
| Overtime | | | | 16.00 | 1242.48 |
| Other | | | | 43.00 | 2226.11 |
| Annuity -Memo | | | M227.50 | | M3009.50 |
| Apprenti-Memo | | | M47.60 | | M629.68 |
| Health &-Memo | | | M501.90 | | M6639.42 |
| Industry-Memo | | | M5.60 | | M74.08 |
| LMCT-Memo | | | M1.75 | | M21.95 |
| Pension -Memo | | | M467.60 | | M6185.68 |
| Scholars-Memo | | | M2.80 | | M37.04 |
| **Total Hours** | 35.00 | | | 482.00 | |
| **Gross Earnings** | | | 1811.95 | | 26195.62 |
| **Total Hrs Worked** | 35.00 | | | | |

Expenses

### REIMB & OTHER PAYMENTS

| | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|
| | | 35.00 | | 378.00 |
| | | 35.00 | | 378.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 112.34 | 1624.13 |
| Medicare | | 26.28 | 379.84 |
| Fed Income Tax | M 3 | 153.66 | 3172.13 |
| PA Income Tax | | 55.63 | 804.19 |
| PA Unemploy | | 1.09 | 15.71 |
| PA PHILA-Phi Inc | | 70.32 | 1016.65 |
| **TOTAL** | | **419.32** | **7012.65** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Building Fund | 8.75 | 109.75 |
| Credit Union | 150.00 | 1800.00 |
| Dues | 116.20 | 1457.48 |
| Market Recovery | 14.00 | 175.60 |
| Vacation Ded | 52.50 | 694.50 |
| **TOTAL** | **341.45** | **4237.33** |

### NET PAY

| THIS PERIOD ($) | YTD ($) |
|---|---|
| **1086.18** | **15323.64** |

*Payrolls by Paychex, Inc.*

0021 1604-2389  Thermal Solutions Contracting • 1408 Pennsylvania Ave • Oreland PA  19075 • (215) 572-0903

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Kevin A Sherman
9620 Convent Ave
Philadelphia, PA 19114
Soc Sec #: xxx-xx-xxxx    Employee ID: 20

Home Department: 2 Union

Pay Period: 03/04/19 to 03/10/19
Check Date: 03/14/19    Check #: 2026

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6201 | 1584.06 | 14237.46 |
| **NET PAY** | **1584.06** | **14237.46** |

FOLD AND REMOVE

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 40.00 | 51.7700 | 2070.80 | 372.00 | 19258.44 |
| Overtime | 8.00 | 77.6550 | 621.24 | 16.00 | 1242.48 |
| DBL Time | | | | 16.00 | 1656.64 |
| Other | | | | 43.00 | 2226.11 |
| Annuity -Memo | | | M338.00 | | M2782.00 |
| Apprenti-Memo | | | M70.72 | | M582.08 |
| Health &-Memo | | | M745.68 | | M6137.52 |
| Industry-Memo | | | M8.32 | | M68.48 |
| LMCT-Memo | | | M2.40 | | M20.20 |
| Pension -Memo | | | M694.72 | | M5718.08 |
| Scholars-Memo | | | M4.16 | | M34.24 |
| **Total Hours** | **48.00** | | | **447.00** | |
| **Gross Earnings** | | | **2692.04** | | **24383.67** |
| Total Hrs Worked | 48.00 | | | | |

**REIMB & OTHER PAYMENTS**

| | | | | | |
|---|---|---|---|---|---|
| Expenses | | | 35.00 | | 343.00 |
| | | | 35.00 | | 343.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|
| Social Security | | | 166.91 | | 1511.79 |
| Medicare | | | 39.03 | | 353.56 |
| Fed Income Tax | M 3 | | 329.73 | | 3018.47 |
| PA Income Tax | | | 82.65 | | 748.56 |
| PA Unemploy | | | 1.62 | | 14.62 |
| PA PHILA-Phi Inc | | | 104.48 | | 946.33 |
| **TOTAL** | | | **724.42** | | **6593.33** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Building Fund | 12.00 | 101.00 |
| Credit Union | 150.00 | 1650.00 |
| Dues | 159.36 | 1341.28 |
| Market Recovery | 19.20 | 161.60 |
| Vacation Ded | 78.00 | 642.00 |
| **TOTAL** | **418.56** | **3895.88** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1584.06** | **14237.46** |

0021 1604-2389  Thermal Solutions Contracting • 1408 Pennsylvania Ave • Oreland PA  19075 • (215) 572-0903

Payrolls by Paychex, Inc.

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Kevin A Sherman
9620 Convent Ave
Philadelphia, PA 19114
Soc Sec #: xxx-xx-xxxx    Employee ID: 20

Home Department: 2 Union

Pay Period: 02/25/19 to 03/03/19    Check #: 2005
Check Date: 03/07/19

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6201 | 1220.44 | 12653.40 |
| **NET PAY** | **1220.44** | **12653.40** |

FOLD AND REMOVE

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 30.00 | 51.7700 | 1553.10 | 332.00 | 17187.64 |
| DBL Time | | | | 16.00 | 1656.64 |
| Overtime | | | | 8.00 | 621.24 |
| Other | 8.00 | 51.7700 | 414.16 | 43.00 | 2226.11 |
| Annuity -Memo | | | M195.00 | | M2444.00 |
| Apprenti-Memo | | | M40.80 | | M511.36 |
| Health &-Memo | | | M430.20 | | M5391.84 |
| Industry-Memo | | | M4.80 | | M60.16 |
| LMCT-Memo | | | M1.50 | | M17.80 |
| Pension -Memo | | | M400.80 | | M5023.36 |
| Scholars-Memo | | | M2.40 | | M30.08 |
| **Total Hours** | 38.00 | | | 399.00 | |
| **Gross Earnings** | | | 1967.26 | | 21691.63 |
| **Total Hrs Worked** | 38.00 | | | | |

Expenses                                     28.00       308.00
**REIMB & OTHER PAYMENTS**                   28.00       308.00

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 121.97 | 1344.88 |
| Medicare | | 28.53 | 314.53 |
| Fed Income Tax | M 3 | 172.30 | 2688.74 |
| PA Income Tax | | 60.39 | 665.91 |
| PA Unemploy | | 1.18 | 13.00 |
| PA PHILA-Phi Inc | | 76.35 | 841.85 |
| **TOTAL** | | **460.72** | **5868.91** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Building Fund | 7.50 | 89.00 |
| Credit Union | 150.00 | 1500.00 |
| Dues | 99.60 | 1181.92 |
| Market Recovery | 12.00 | 142.40 |
| Vacation Ded | 45.00 | 564.00 |
| **TOTAL** | **314.10** | **3477.32** |

**NET PAY**                 THIS PERIOD ($)        YTD ($)
                                1220.44          12653.40

*Payrolls by Paychex, Inc.*

0021 1604-2389  Thermal Solutions Contracting • 1408 Pennsylvania Ave • Oreland PA  19075 • (215) 572-0903