IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN A. SHERMAN, | : | |
| | : | DOCKET NO.: 19-13041-ELF |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | AUGUST 27, 2019, at 10:00 A.M. |
| v. | : | |
| | : | |
| KEVIN A. SHERMAN, | : | |
| | : | RELATED TO DOCKET NO.: 25 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading, Objection to Chapter 13 Plan, on the parties at the below addresses, on August 7, 2019, by:

**19-13041-ELF Notice will be electronically mailed to:**

Kevin G. McDonald at bkgroup@kmllawgroup.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Paul H. Young at support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com, pyoung@malaw.com, youngpr83562@notify.bestcase.com

**19-13041-ELF Notice will not be electronically mailed to:**

The Bureaus, Inc.
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

EXECUTED ON:  August 8, 2019

                                          Respectfully submitted by,

By:    /s/ Joseph J. Swartz
        Counsel
        PA Department of Revenue
        Office of Chief Counsel
        P.O. Box 281061
        Harrisburg, PA 17128-1061
        PA Attorney I.D.:  309233
        Phone: (717) 346-4645
        Facsimile: (717) 772-1459
        JoseSwartz@pa.gov