## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          **Chapter 13**
KEVIN A SHERMAN


**Debtor**                          **Bankruptcy No.** 19-13041-ELF


# O R D E R


**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


**Date: September 18, 2019**

_____
                              Eric L. Frank
                              Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
KEVIN A SHERMAN

9620 CONVENT AVENUE

PHILADELPHIA, PA 19114-