United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-13041-elf
Kevin A. Sherman                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 2              Date Rcvd: Sep 18, 2019
                              Form ID: pdf900        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db           +Kevin A. Sherman,    9620 Convent Avenue,    Philadelphia, PA 19114-3604
14346691     +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
14359214      Ditech Financial LLC,    PO Box 12740,   Tempe, AZ 85284-0046
14324869     +Ditech Financial LLC,    c/o Kevin G. McDonald, Esquire,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
14322882     +Mariner Finance,    8211 Town Center Dr,   Nottingham, MD 21236-5904
14322881     +Mariner Finance,    Attn: Bankruptcy,   8211 Town Center Drive,    Nottingham, MD 21236-5904
14322886      Philadelphia Gas Works,    PO Box 11700,   Newark, NJ 07101-4700
14348764     +Philadelphia Gas Works,    800 W Montgomery Ave.,    ATTN:Bankruptcy Dept. 3FL,
               Philadelphia, PA 19122-2898
14322887     +Plaza Services, LLC,    110 Hammond Drive,   Suite 110,    Atlanta, GA 30328-4806
14322890     +Police & Fire Federal CU,    3333 Street Rd,   Bensalem, PA 19020-2051
14322889     +Police & Fire Federal CU,    Attn: Bankruptcy Dept,    901 Arch Street,
               Philadelphia, PA 19107-2495
14322891     +Raymour & Flanigan,    PO Box 130,   Liverpool, NY 13088-0130
14341745     +Tea Olive, LLC,    PO BOX 1931,   Burlingame, CA 94011-1931
14322892     +The Bureaus Inc,    Attn: Bankruptcy,   650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
14322893     +The Bureaus Inc,    1717 Central St,   Evanston, IL 60201-1507
14332009     +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:24     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2019 03:10:22     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:24     CITY OF PHILADELPHIA,
               Tax & Revenue Unit,   1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
               Philadelphia, PA 19102-1613
14353325     +E-mail/Text: g20956@att.com Sep 19 2019 03:10:45     AT&T Mobility II LLC,
               %AT&T SERVICES INC.,   KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
14355557     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:20:42
               Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk VA 23541-1021
14386542     +E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:24     CITY OF PHILADELPHIA,
               c/o Pamela Elchert Thurmond,   Tax & Revenue Unit,    Municipal Services Building,
               1401 John F. Kennedy., 5th Floor,   Philadelphia, PA 19102-1613
14322873      E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:23     City of Philadelphia,
               Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 JFK Boulevard, 5th Floor,
               Philadelphia, PA 19102
14322874     +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 19 2019 03:10:54
               Credit Collection Services,   Attn: Bankruptcy,   725 Canton St,   Norwood, MA 02062-2679
14322876     +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 19 2019 03:10:54
               Credit Collection Services,   Po Box 607,   Norwood, MA 02062-0607
14322875     +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 19 2019 03:10:54
               Credit Collection Services,   Po Box 710,   Norwood, MA 02062-0710
14322878     +E-mail/Text: bankruptcy.bnc@ditech.com Sep 19 2019 03:09:45     Ditech,   Po Box 6172,
               Rapid City, SD 57709-6172
14322877     +E-mail/Text: bankruptcy.bnc@ditech.com Sep 19 2019 03:09:45     Ditech,   Attn: Bankruptcy,
               Po Box 6172,   Rapid City, SD 57709-6172
14359023      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:19:21     LVNV Funding, LLC,
               c/o Resurgent Capital Services,   PO BOX 10587,   Greenville, SC 29603-0587
14322879     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:18:03
               LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
               Greenville, SC 29603-0497
14322880     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:18:10
               LVNV Funding/Resurgent Capital,   Po Box 1269,   Greenville, SC 29602-1269
14322883     +E-mail/PDF: cbp@onemainfinancial.com Sep 19 2019 03:20:38     OneMain Financial,
               Attn: Bankruptcy,   601 Nw 2nd Street,   Evansville, IN 47708-1013
14322884     +E-mail/PDF: cbp@onemainfinancial.com Sep 19 2019 03:19:13     OneMain Financial,   Po Box 1010,
               Evansville, IN 47706-1010
14331890     +E-mail/PDF: cbp@onemainfinancial.com Sep 19 2019 03:17:55     Onemain,   PO Box 3251,
               Evansville, IN 47731-3251
14322885     +E-mail/Text: bankruptcygroup@peco-energy.com Sep 19 2019 03:09:46     PECO,   PO Box 13439,
               Philadelphia, PA 19101-3439
14341228      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:09:51
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
14332208     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:17:59
               The Bureaus, Inc.,   c/o PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021

```
District/off: 0313-2           User: dlv                    Page 2 of 2                   Date Rcvd: Sep 18, 2019
                               Form ID: pdf900              Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14379210        +E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:24      Water Revenue Bureau,
                 Pamela Elchert Thurmond,   Tax & Revenue Unit,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1613
                                                                                              TOTAL: 22

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*            +The Bureaus, Inc.,   c/o PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14322888*      +Plaza Services, LLC,   110 Hammond Drive Suite 110,   Atlanta, GA 30328-4806
                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
```
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              PAUL H. YOUNG    on behalf of Debtor Kevin A. Sherman support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> KEVIN A SHERMAN | Chapter 13 |
| Debtor | Bankruptcy No. 19-13041-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 18, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
KEVIN A SHERMAN

9620 CONVENT AVENUE

PHILADELPHIA, PA 19114-